Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    Deejayzoo LLC dba Shhhowercap,

Case No: 1-25-42617-NHL
Chapter 11

                Debtor.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York )
               ) ss.:
County of Kings )

    Valery Chumakou affirms the following under the penalties of perjury, that on July 29, 2025 I served a true copy of the following documents:

    1) Order Establishing Bar Date for the Filing of Proofs of Claim against Debtor, Pursuant to Bankr. Rule 3003(c)(3);

    2) Notice of Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankr. Rule 3003(C)(3);

    3) Official Form No. B410,

by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:

**Office of the United States Trustee**
**Brooklyn Office**
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York NY 10004

Norris McLaughlin, P.A.
7 Times Square
21st Floor
New York, NY 10036

Attentive Mobile Inc
221 River Street
Suite 9047
Hoboken NJ 07030

Capacity LLC
1600 Livington Avenue
North Brunswick, NJ 08902

David Alexander Antwork
1757 Merrick Avenue Ste 207
Merrick, NY 11566

DSV Air & Sea
200 S Wood Ave 3rd Floor
Iselin NJ 08830

Envision Horizons LLC
99 Hudson St 5th Floor #7
New York NY 10013

Ford & Harrison LLP
60 E 42nd St #51
New York 10165

Google LLC
1600 Amphitheatre Pkwy Mo
Mountain View, CA 94043

Influx Inc
2201 W Cambell Park DR
Chicago IL 60612-4092

Deejayzoo LLC
425 Greenpoint Avenue
Brooklyn NY 11222-1929

Bravo CPG LLC
70 Greene St, Jersey City
Jersey City, NJ 07302

DHL Express – USA
1210 South Pine Island Rd
Fourth Floor
Fort Lauderdale, FL 33324

Davidson Kappel LLC

589 8th Avenue
Suite #1600
New York NY 10018

FedEx
942 South Shady Grove Rd
Memphis TN 38120

Forward Financing
53 State Street 20th Floor
Boston MA 02109

Google LLC
White and Williams LLP
Attn: Jeremiah Vandermark
810 Seventh Avenue Suite 500
New York NY 10019

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Jayaram PLLC
54 West 21st Street
New York NY 10010

Acknowledge Digital LLC
231 Front St 5th Floor
Brooklyn NY 11201

Bryan D Leinbach Esq
Zeichner Ellman & Krause LLP
730 Third Avenue
New York NY 10017

Criteo Co
387 Park Avenue S
New York NY 10016

DICentral Corp
210 West Kensinger Dr
Suite 100
Cranberry Twp, PA 16066

Energetic Billing Service
7608 268th St
New Hyde Park NY 11040
Flexport International

70 Hamilton Ave
Brooklyn NY 11231

Fox Rothschild
101 Park Ave 17th Floor
New York NY 10178

Greenberg Traurig, LLP
One Vanderbilt Ave
New York NY 10017

IPmetrics LLC
12526 High Bluff Dr
#300
San Diego CA 92130

Karish & Bjorgum PC
119 Union St
Pasadena CA 91103

LIC Salon Apparel
11-27 44th Rd
Long Island City NY 11101-5115

Mainfreight
50 Cable Drive
Kearny NJ 07032

New York State Dept of Labor
1220 Washington Ave
Building 12 Room 256
Albany NY 12226-1799

OpenText
9711 Washingtonian Blvd
Gaithersburg MD 20878

Raines Feldman Littrell
1350 6th Ave 22nd Floor
New York NY 10019

Shawnee Trucking Co, Inc
50 Somerset PL
Clifton NJ 07012

True Inc dba True Model
265 W 37th St
New York NY 10018

Kitsch LLC
c/o Levine Neale, Bender
Yoo & Golubchik LLP
2818 S La Cienega Avenue
Los Angeles CA 90034

Lane Barrocas
221 E 78th Street
New York NY 10075

Methods & Metrics
2500 Plaza 5, 25th Floor
Harborside Financial Center
Jersey City NJ 07311

NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205

Norris, McLaughlin & Marc
515 Hamilton St #502
Allentown PA 18101

Paterson Fabric Printing
95 E 20th St
Paterson NJ 07513

Route App Inc
1441 W Innovation Way
Suite 200
Lehi UT 84043

Shopify Inc
100 Shockoe Slip 2nd FL
Richmond VA 23219

UPS
601 W 43rd St
New York NY 10036

Jeremiah Vandermark
c/o White and Williams LLP
810 Seventh Avenue Suite 500
New York NY 10019

Knobbe Martens, Olson
1745 Broadway

21st Floor
New York NY 10019

Lane Barrocas
c/o Zeichner Ellman & Krause LLP
730 Third Avenue
New York NY 1017

Mimi Apparel Inc
306 W 37th Street
14 FL
New York NY 10018

Raich Ende Malter & Co
100 Campus Dr #106
Florham Park NJ 07932

Settle Inc
c/o Laith J Hamdan
1290 Avenue of the Americas
New York NY 10104

Small Business Administration
26 Federal Plaza
Room 3100
New York NY 10278

US Attorney's Office
271-A Cadman Plaza East
Brooklyn NY 11201

Uline
12575 Uline Dr
Pleasant Prairie WI 53158

Workers' Comp Board of NY
328 State St
Schenectady NY 12305

Zenpack
28-07 Jackson Ave
Long Island City NY 11101

Weinberg Gonser LLP
1100 Glendon Ave PH-9
Los Angeles CA 90024

Xariable Inc

350 East 1st Avenue
Suite 200
Columbus OH 43201

Winthrop Golubov Hollande
1301 Dove St #500
Newport Beach CA 92660

Dated: July 29, 2025
    Brooklyn, New York

_____
                Valery Chumakou

Sworn Before Me on This

**29** Day of *July* 2025

_____
Notary Public

OLGA LUZGINA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified in Kings County
Commission Expires June 17, 2027